UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KRIS LEWIS** | **CASE NO. 6:23-CV-01562** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WALMART INC., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 8) is GRANTED and the case is hereby REMANDED.

Signed at Lafayette, Louisiana, this 22nd day of January, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE